| | |
|---|---|
| 1<br>2<br>3<br>4 | Michael Reiter (State Bar No. 197768)<br>michael@michaelreiterlaw.com<br>Attorney at Law<br>300 E. State Street, Ste 517<br>Redlands, CA 92373<br>(909) 296-6708 |
| 5 | Attorney for Plaintiff Heather Morris |
| 6<br>7<br>8<br>9<br>10 | LAURA L. CRANE, Bar No. 238246<br>Deputy County Counsel<br>JEAN-RENE BASLE, Bar No. 134107<br>County Counsel<br>Office of County Counsel<br>385 North Arrowhead Avenue, Fourth Floor<br>San Bernardino, California 92415<br>Telephone: (909) 387-5449<br>Facsimile: (909) 387-4069<br>E-Mail: laura.crane@cc.sbcounty.gov |
| 11<br>12 | Attorneys for Defendants County of San Bernardino, Wendy Perea, Osvaldo Pelayes, Roosevelt Dutra, and Eric Mello |

**FILED**
CLERK, U.S. DISTRICT COURT

IT IS SO ORDERED

9/8/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SR___ DEPUTY

JS6

Doc E-filed date:
Doc Number:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, WENDY PEREA, OSVALDO PELAYES, ROOSEVELT DUTRA, ERIC MELLO, Does 1-10,<br><br>Defendants. | Case No. EDCV 16-779-JFW (GJSx)<br>Hon. Judge John F. Walter<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1  Plaintiff Heather Morris, and defendants County of San Bernardino, Wendy
2  Perea, Osvaldo Pelayes, Roosevelt Dutra, and Eric Mello, hereby stipulate pursuant to
3  Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the entire action shall be
4  dismissed, with prejudice.

6  **SO STIPULATED.**

8  Dated: July 20, 2016

JEAN-RENE BASLE
County Counsel

By: LAURA L. CRANE
Deputy County Counsel
Attorneys for Defendants
County of San Bernardino, Wendy
Perea, Osvaldo Pelayes, Roosevelt
Dutra, & Eric Mello

16  Dated: 7-19, 2016

HEATHER MORRIS

-2-
DECLARATION OF LEAD TRIAL COUNSEL